178 F.3d 1278
 Michael Malik Allah
v.
Thomas D. Stachelek, Dnald T. VVaughn, Edward Neiderhiser v.
Thomas Ridge, Governor, Joseph Lehman, Thomas D. Stachelek,
Donald T. Vaughn, Edward Neiderhiser, Jeffrey Beard, Martin
L. Horn, Smith, Corrections Officer, Tice, Corrections
Officer, John Gysen, Corrections Officer, Robert Astary,
Corrections Officer
 NOS. 98-1520, 98-1525
 United States Court of Appeals,
Third Circuit.
 March 31, 1999
 
 1
 Appeal From: E.D.Pa. ,Nos.95cv07593, 95cv7700
 
 
 2
 Appeal Dismissed.